JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| COGENT BRAIN, PS,<br><br>                      Plaintiff,<br><br>     vs.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, INC., a Washington corporation, and FIRST NATIONAL INSURANCE OF AMERICA, a Washington corporation; LIBERTY MUTUAL FIRE INSURANCE CO. and LIBERTY MUTUAL INSURANCE COMPANY, foreign insurance companies,<br><br>                     Defendants. | NO. 2:23-cv-00544-RSM<br><br>STIPULATED MOTION AND ORDER FOR CONSOLIDATION OF RELATED ACTIONS UNDER FED. R. CIV. P. 42(a)(2)<br><br>NOTE FOR MOTION CALENDAR: 5/3/23<br><br>NO. 2:23-cv-00545-RSL |
| LAWRENCE A. THOMAS, DC, PS, d/b/a CAPITOL HILL CHIROPRACTIC and BC CHIROPRACTIC d/b/a Cooper Chiropractic,<br><br>                     Plaintiffs,<br><br>     vs.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, INC., a Washington corporation, and FIRST NATIONAL INSURANCE OF AMERICA, a Washington corporation; | |

STIPULATED MOTION AND ORDER FOR
CONSOLIDATION OF RELATED ACTIONS
UNDER FED. R. CIV. P. 42(a)(2) (Cause No.
2:23-cv-00544 RSM) – 1
SLE6892.057/4427789X



WILSON SMITH COCHRAN DICKERSON

1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

LIBERTY MUTUAL FIRE INSURANCE CO.
and LIBERTY MUTUAL INSURANCE
COMPANY, foreign insurance companies,

Defendants.

## I.    STIPULATION

The Plaintiffs, Cogent Brain PS and Lawrence A. Thomas, DC, PS, d/b/a Capitol Hill

Chiropractic and BC Chiropractic d/b/a Cooper Chiropractic (hereinafter "Plaintiffs") and

Defendants, Safeco Insurance Company of America, Inc., First National Insurance Company

of America (improperly named as First National Insurance of America), Liberty Mutual Fire

Insurance Company, and Liberty Mutual Insurance Company (hereinafter "Defendants")

hereby stipulate as follows:

1.      The cases *Cogent Brain, PS v. Safeco Insurance Company of America, et al.,*

Western District of Washington Cause No. 2:23-cv-00544-RSM, and *Lawrence A. Thomas,*

*DC, PS et al, v. Safeco Insurance Company of America, et al.,* Western District of

Washington Cause No. 2:23-cv-00545-RSL, both involve Class Action Complaints for

Violation of Consumer Protection Act, RCW 19.86 et seq. The cases identified above involve

the same Defendants, the same claims and present the same controlling issues of law.

2.      While the cases have different plaintiffs, the cases allege identical causes of

action and share common issues of fact and law as to liability and damages. The cases also

involve many of the same witnesses, records, and other documentary evidence. Discovery

served by Plaintiff will be identical in both cases. Consolidating the cases for trial under Fed.

R. Civ. P. 42(a)(1) will promote efficiency and conserve judicial resources.

3.      Pursuant to LCR 42(a), Plaintiffs and Defendants stipulate that the later filed

lawsuit, *Lawrence A. Thomas, DC, PS et al, v. Safeco Insurance Company of America, et al.*,

Western District of Washington Cause No. 2:23-cv-00545-RSL, shall be consolidated with:

*Cogent Brain, PS v. Safeco Insurance Company of America, et al.,* Western District of

WILSON
SMITH
COCHRAN
DICKERSON

1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

Washington Cause No. 2:23-cv-00544-RSM.  The parties agree that the caption for the current case: *Cogent Brain, PS v. Safeco Insurance Company of America, et al.,* Western District of Washington Cause No. 2:23-cv-00544-RSM, shall be amended to add the caption for *Lawrence A. Thomas, DC, PS et al, v. Safeco Insurance Company of America, et al.*, Western District of Washington Cause No. 2:23-cv-00545.  The parties agree that all future pleadings, motions, briefs, and other papers shall be filed only in *Cogent Brain,* Case No. 2:23-cv-00544-RSM.

   4. Neither *Cogent Brain, PS v. Safeco Insurance Company of America, et al.,* Western District of Washington Cause No. 2:23-cv-00544-RSM nor *Lawrence A. Thomas, DC, PS et al, v. Safeco Insurance Company of America, et al.*, Western District of Washington Cause No. 2:23-cv-00545-RSL have been assigned a trial date.

   5. The parties agree and request that the case schedule for *Cogent Brain, PS v. Safeco Insurance Company of America, et al.,* Western District of Washington Cause No. 2:23-cv-00544-RSM shall govern this lawsuit.

   6. The Parties have met and conferred regarding this Stipulation and Proposed Order, as called for in LCR 42(b).

   7. Each named Plaintiff will continue to represent only the putative class set forth in their respective complaint.  The Parties stipulate that consolidation does not give rise to any new affirmative defenses or challenges to standing, adequacy or typicality to represent a class based on the claims or putative class set forth in the other consolidated case.

DATED  May 3, 2023

           By *s/ Sarah L. Eversole*
           Sarah L. Eversole, WSBA# 36335
           WILSON SMITH COCHRAN DICKERSON
           1000 Second Ave., Suite 2050
           Seattle, WA 98104
           206-623-4100 T | 206-623-9273
           eversole@wscd.com



1

2  DATED  May 3, 2023                    By *s/ James A. Morsch*
                                        James A. Morsch, *Admitted Pro Hac Vice*
3                                       SAUL EWING LLP
                                        161 North Clark Street, Suite 4200
4                                       Chicago, IL 60601
                                        312-876-7866 P | 312-876-0288 F
5                                       jim.morsch@saul.com

6                                       Attorneys for Defendants

7

8  DATED  May 3, 2023                    By *s/ Cynthia J. Heidelberg*
                                        David E. Breskin
9                                       Cynthia J. Heidelberg
                                        BRESKIN JOHNSON & TOWNSEND
10                                      1000 Second Ave., Suite 3670
                                        Seattle, WA  98104
11                                      dbreskin@bjtlegal.com;
                                        cheidelberg@bjtlegal.com;
12                                      admin@bjtlegal.co
13
                                        Attorneys for Plaintiffs
14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATED MOTION AND ORDER FOR
CONSOLIDATION OF RELATED ACTIONS
UNDER FED. R. CIV. P. 42(a)(2) (Cause No.
2:23-cv-00544 RSM) – 4
SLE6892.057/4427789X



WILSON
SMITH
COCHRAN
DICKERSON

1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

## II.    ORDER

Based on the foregoing Stipulation, it is hereby ORDERED:

(1)    That the later filed case the later filed lawsuit, *Lawrence A. Thomas, DC, PS et al, v. Safeco Insurance Company of America, et al.*, Western District of Washington Cause No. 2:23-cv-00545-RSL, shall be consolidated into case: *Cogent Brain, PS v. Safeco Insurance Company of America, et al.,* Western District of Washington Cause No. 2:23-cv-00544-RSM.

(2)    That the caption for the current case Cogent Brain, PS v. Safeco Insurance Company of America, et al., Western District of Washington Cause No. 2:23-cv-00544-RSM, shall be amended to add the caption for Lawrence A. Thomas, DC, PS et al, v. Safeco Insurance Company of America, et al., Western District of Washington Cause No. 2:23-cv-00545.

(3)    All future pleadings, motions, briefs, and other papers shall be filed only in Cogent Brain, Case No. 2:23-cv-00544-RSM.

(4)    The case schedule for *Cogent Brain, PS v. Safeco Insurance Company of America, et al., Western District of Washington Cause No. 2:23-cv-00544-RSM (once issued)* shall govern the consolidated lawsuits

DATED this 5th day of May, 2023.



RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER FOR
CONSOLIDATION OF RELATED ACTIONS
UNDER FED. R. CIV. P. 42(a)(2) (Cause No.
2:23-cv-00544 RSM) – 5
SLE6892.057/4427789X

WILSON
SMITH
COCHRAN
DICKERSON

1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

Presented by:

_s/ Sarah L. Eversole_
Sarah L. Eversole, WSBA# 36335
WILSON SMITH COCHRAN DICKERSON
1000 Second Ave., Suite 2050
Seattle, WA 98104
206-623-4100 T | 206-623-9273
eversole@wscd.com


_s/ James A. Morsch_
James A. Morsch, _Admitted Pro Hac Vice_
SAUL EWING LLP
161 North Clark Street, Suite 4200
Chicago, IL 60601
312-876-7866 P | 312-876-0288 F
jim.morsch@saul.com

Attorneys for Defendants


_s/ Cynthia J. Heidelberg_
David E. Breskin
Cynthia J. Heidelberg
BRESKIN JOHNSON & TOWNSEND
1000 Second Ave., Suite 3670
Seattle, WA 98104
dbreskin@bjtlegal.com; cheidelberg@bjtlegal.com;
Attorneys for Plaintiffs



WILSON
SMITH
COCHRAN
DICKERSON

1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

1

2

## CERTIFICATE OF ELECTRONIC SERVICE

3

     I hereby certify that on the date set forth below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

4

5

6

<u>Attorney for Plaintiff</u>
David E. Breskin
Cynthia J. Heidelberg
BRESKIN JOHNSON & TOWNSEND
1000 Second Ave., Suite 3670
Seattle, WA  98104
dbreskin@bjtlegal.com; cheidelberg@bjtlegal.com; admin@bjtlegal.com

7

8

9

10

11

     SIGNED this 3rd day of May, 2023, at Seattle, Washington.

12

13

                     *s/ Traci Jay*
                     Traci Jay

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATED MOTION AND ORDER FOR
CONSOLIDATION OF RELATED ACTIONS
UNDER FED. R. CIV. P. 42(a)(2) (Cause No.
2:23-cv-00544 RSM) – 7
SLE6892.057/4427789X



WILSON
SMITH
COCHRAN
DICKERSON

1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON  98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273